EXHIBIT 1

(12) **United States Design Patent**  (10) Patent No.: **US D536,936 S**
Tiemann                                  (45) Date of Patent: ** Feb. 20, 2007

(54) **SINGLE CUP BEVERAGE CONTAINER HOLDER**

(75) Inventor: **Frank R. Tiemann**, Madison Lake, MN (US)

(73) Assignee: **Nifty Home Products, Inc.**, Madison Lake, MN (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/251,253**

(22) Filed: **Jan. 5, 2006**

(51) **LOC (8) Cl.** .................................................. **07-06**
(52) **U.S. Cl.** .................................................. **D7/704**
(58) **Field of Classification Search** .......... D7/701–708, D7/600.1–600.4; D6/462–469; 211/71.01, 211/70.6, 70.7, 77, 78, 74, 85.31, 181.1, 119.12, 211/128.1, 133.2
See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,448,259 A | * | 3/1923 | Cook | D7/704 |
| 2,140,743 A | * | 12/1938 | Heymann | 211/74 |
| D165,303 S | * | 11/1951 | Rogers | D7/706 |
| D403,212 S | * | 12/1998 | Doret, Jr. | D7/600.2 |
| D444,359 S | * | 7/2001 | Levy | D7/704 |
| D467,127 S | * | 12/2002 | Wright | D7/601 |

* cited by examiner

Primary Examiner—Terry A. Wallace
(74) Attorney, Agent, or Firm—Nikolai & Mersereau, P.A.; Thomas J. Nikolai

(57)                    **CLAIM**

The ornamental design for a "single cup beverage container holder," as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the single cup beverage container holder showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3.** is a side elevational view thereof; and,
FIG. **4** is a top plan view thereof.

**1 Claim, 4 Drawing Sheets**





FIG. 1



**FIG. 2**



FIG. 3



FIG. 4